# SUPREME COURT OF HAWAI'I

**May 6, 1996**

| | | |
|---|---|---|
| 18364 | Becklin v. State | Affirmed |

**May 6, 1996**

| | | |
|---|---|---|
| 18486 | State v. Chandon | Vacated |

**May 9, 1996**

| | | |
|---|---|---|
| 18164 | State v. Davis | Affirmed |
| 18848 | State v. Watanuki | Affirmed |
| 18927 | State v. Quinn | Affirmed |
| 18997 | State v. Kolody | Affirmed |
| 19258 | State v. Nguyen | Affirmed |

**June 5, 1996**

| | | |
|---|---|---|
| 16041 | Shaw v. State | Affirmed |
| 19368 | State v. Ransdell | Affirmed |
| 19377 | Stutheit v. County of Hawai'i | Affirmed |